**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:21-CR-111** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VICTOR HUGO GALLEGOS, ET AL** | ) | |

Upon motion of the United States, it is ORDERED that the Indictment and all process issued thereunder be unsealed.

This 24th day of June, 2021.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia