# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:21-CR-111** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VICTOR GALLEGOS, ET AL.** | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and enters the appearance of its undersigned Special Assistant United States Attorney in the above-captioned matter.

This 27th day of September 2021.

    Respectfully submitted,

    DAVID H. ESTES
    ACTING UNITED STATES ATTORNEY

    ***/s/ Timothy Ruffini***

    Timothy Ruffini
    Special Assistant United States Attorney
    Georgia Bar No. 557865

22 Barnard Street, Suite 300
Savannah, Georgia 31401
E-mail: TWRuffini@chathamcounty.org

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:21-CR-111** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VICTOR GALLEGOS, ET AL.** | ) | |

## CERTIFICATE OF SERVICE OF NOTICE OF ATTORNEY APPEARANCE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 27th day of September 2021.

        Respectfully submitted,

        DAVID H. ESTES
        ACTING UNITED STATES ATTORNEY

        ***/s/ Timothy Ruffini***

        Timothy Ruffini
        Special Assistant United States Attorney
        Georgia Bar No. 557865

22 Barnard Street, Suite 300
Savannah, Georgia 31401
E-mail: TWRuffini@chathamcounty.org