**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No:  4:21cr111 |
| | ) | |
| | ) | |
| Reginald Brown | ) | |
| Defendant. | ) | |

**CRIMINAL STATUS REPORT MAGISTRATE**
**JUDGE CHRISTOPHER L. RAY**

United States District Court – Southern District of Georgia
125 Bull Street
Savannah Ga, 31401

Molly Davenport, Courtroom Deputy
Office: (912-650-4035)
e-mail: molly_davenport@gas.uscourts.gov

I.      Date of Status Report Conference:      4/20/2022

II.     Parties Attending

   a.   Defendant

         i.   Counsel:                         Justin Maines

         ii.  Does defendant have any outstanding motions?  If so, does defendant
              request a hearing on any of them?  If necessary, list the additional motions
              on a separate page.

              Motion to Suppress Search Warrant (document 335).

               Defendant Requests a hearing on this motion

   b.   For the Government:

         i.   Counsel:                         Frank Pennington, II & Noah Abrams

  ii. Does the Government have any outstanding motions? If so, does the Government request a hearing on any of them? If necessary, list the additional motions on a separate page.

   404b filed.

III. Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with Judge Baker:

  The parties are not ready for trial. There are co-Defendants with pending motions and the Government intends to try all Defendants together.

IV. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time for further plea negotiations and how much time do the parties request?

  The parties are discussing a plea agreement. However, lead counsel for the Government was recently replaced, and the parties request an additional 45 days to continue discussion prior to scheduling a motion hearing.