UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:21-CR-111 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR GALLEGOS, ET AL. | ) | |
| | ) | |

**ORDER**

Upon the Government's Motion to Extend the Time for Filing of Status Reports, filed on April 19, 2022, and finding just cause to support the same, the Court GRANTS said motion, and enumerates the following reasons for the same, as required under Title 18, United States Code, Section 3161(h)(7)(A).

In support of the motion, the Government submits the lead attorney on the case recently took another position and another AUSA has taken over lead of the case requiring additional time to confer with defense counsel. This Court finds that the motion filed by the Government has not been made for the purposes of undue delay but in the interest of justice.

Accordingly, the Court finds that the ends of justice in granting an extension of time to file status reports outweighs the interest of the public and Defendant in a speedy trial, and the motion is hereby GRANTED. Status Reports in the case shall be due on April 29, 2022.

SO ORDERED this 21st day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA