# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:21-CR-111-13 |
| REGINALD BROWN ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court is defense counsel, Steven J. Woodward's, Motion for Leave of Absence for the dates of May 8 through 11, 2023. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 24th day of April, 2023.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia